IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MAGELLAN TRADING COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 14-cv-3928 |
| DEBT MANAGEMENT PARTNERS, LLC, ADAM MARCH, AND DANIEL VALENTINE, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE**

Defendants Debt Management Partners, LLC, Adam March, and Daniel Valentine (collectively the "DMP Defendants"), hereby move this Court, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), 12(b)(3), 12(b)(6), and 12(b)(7) to dismiss Plaintiff's Complaint against them due to lack of personal jurisdiction, improper venue, failure to join a party under Rule 19, and failure to state a claim. Alternatively, the DMP Defendants move, pursuant to 28 U.S.C. §1404(a), for an Order transferring this action to the United States District Court for the Western District of New York.   DMP Defendants' brief in support is filed herewith.

Respectfully submitted this 17th day of December, 2014.

**ALSTON & BIRD LLP**

/s/ Aaron Karl Block
Theodore B. Eichelberger, Esq.
Georgia Bar No. 242330
Aaron Karl Block, Esq.
Georgia Bar No. 508192
*Counsel for Defendants*
*Debt Management Partners, LLC,*
*Adam March, and Daniel Valentine*
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
phone:      404-881-7000
fax:         404-881-7777
Ted.Eichelberger@alston.com
Aaron.Block@alston.com

TO:   **KNIGHT JOHNSON LLC**
Brian M. Knight, Esq.
Sherri G. Buda, Esq.
*Attorneys for Plaintiff*
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
phone: 404-228-4822
bknight@knightjohnson.com
Sbuda@knightjohnson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 17th day of December, 2014, I electronically filed **DEFENDANT'S MOTION TO DISMISS OR TRANSFER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:


TO:  **KNIGHT JOHNSON LLC**
Brian M. Knight, Esq.
Sherri G. Buda, Esq.
*Attorneys for Plaintiff*
1360 Peachtree Street
Suite 1201
Atlanta, Georgia 30309
bknight@knightjohnson.com
Sbuda@knightjohnson.com


/s/ Aaron Karl Block